IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:19-CR-135-PLR-HBG |
| ANTHONY TAYLOR, | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant's Motion to Continue Trial Date and Extend Other Deadlines [Doc. 11], filed on January 17, 2020.

Defendant Taylor requests for the Court to continue the March 10, 2020 trial date, as well as all other deadlines be extended in this case. Defendant Taylor asserts that granting a continuance in the present case will serve the ends of justice by providing additional time to properly prepare the case and permit the parties the opportunity to make a full resolution of all pending issues. The motion also relates that the Government does not object to the requested continuance. The parties have conferred with Chambers and agreed on a new trial date of July 28, 2020.

The Court finds the Defendant's motion to continue the trial and other deadlines to be unopposed by the Government and to be well-taken. The Court also finds that the ends of justice served by granting a continuance outweigh the interest of the Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Indictment [Doc. 1] charges Defendant Taylor with

impersonation of a Federal Officer. Attorney Randall E. Reagan relates that he needs additional time to resolve pretrial matters and to prepare the case for trial. The Court finds that without a continuance, defense counsel would not have the reasonable time necessary to prepare for trial, despite counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, Defendant's unopposed motion [**Doc. 11**] to continue the trial date is **GRANTED**, and the trial is reset to **July 28, 2020**. The Court finds that all the time between the filing of the motion for a continuance on **January 17, 2020**, and the new trial date of **July 28, 2020**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein. *See* 18 U.S.C. § 3161(h)(1)(D) & -(7)(A)-(B). With regard to additional scheduling in this case, the deadline for filing pretrial motions is extended to **April 3, 2020**. Responses to pretrial motions are due on or before **April 17, 2020**. The parties are to appear before the undersigned for a final pretrial conference on **July 14, 2020, at 2:00 p.m.** This date shall also be the deadline for concluding plea negotiations and providing reciprocal discovery. The Court instructs the parties that all motions *in limine* must also be filed no later than **July 7, 2020**. Special requests for jury instructions shall be submitted to the District Judge no later than **July 7, 2020**, and shall be supported by citations to authority pursuant to Local Rule 7.4.

Accordingly, it is **ORDERED** as follows:

(1) The Defendant's Motion to Continue [**Doc. 11**] is **GRANTED**;

(2) The trial of this matter is reset to commence on **July 28, 2020**, **at 9:00 a.m.**, before the Honorable Pamela L. Reeves, Chief United States District Judge;

(3) All time between the filing of the motion on **January 17, 2020**, and the new trial date of **July 28, 2020**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4)  The deadline for filing pretrial motions is extended to **April 3, 2020**.  Responses to pretrial motions are due on or before **April 17, 2020**;

(5)  The parties are to appear before the undersigned for a final pretrial conference on **July 14, 2020 at 2:00 p.m.**  This date is also the deadline for concluding plea negotiations and for providing reciprocal discovery;

(6)  The Court instructs the parties that all motions *in limine* must be filed no later than **July 7**, **2020**; and

(7)  Special requests for jury instructions shall be submitted to the District Judge no later than **July 7, 2020**, and shall be supported by citations to authority pursuant to Local Rule 7.4.

**IT IS SO ORDERED.**

       ENTER:

       */s/ Bruce Guyton*
       United States Magistrate Judge