REV 09/18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case No.: 3:19-cr-00135-WDC-HBG-1

UNITED STATES OF AMERICA
V.

ANTHONY TAYLOR

(list each defendant appearing at hearing)

Judge: Waverly D. Crenshaw, Jr.
Hearing Date: 11/10/2020
Location: ☑ Nashville  ○ Columbia  ○ Cookeville
Court Reporter: Lise Matthews
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Jennifer Kolman

Defense Attorney(s): Randall E. Reagan

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☑
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Defendant entered a plea of guilty by video conference, and is adjudged guilty.
- AUSA Jennifer Kolman testified as to the facts.
- Sentencing set for February 5, 2021, at 1:00 p.m.
- Order to enter.

Total Time in Court: 30 minutes

Clerk of Court
by: Kelly Parise